

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 10/15/2025

☐ Pro Se    ☒ Retained    ☐ CJA    ☐ FPD    ☐ USA or other Federal Agency
(Appeal Fee Exempt)

Case No: <u>25-cv-011115-STV</u>

Date Filed: <u>10/14/2025</u>

Appellant: <u>Matthew S. Wallace</u>

☐ Amended Notice of Appeal
☐ Other pending appeals
☐ Transferred Successive
　　§2254 or §2255
☐ Supplemental Record

Pro Se Appellant:
☐ IFP forms mailed/given    ☐ Motion IFP pending    ☐ Appeal fee paid
　　　　　　　　　　　　　　☐ IFP denied    ☐ Appeal fee not paid

Retained Counsel:
☒ Appeal fee paid    ☐ Appeal fee not paid    ☐ Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by:　s/ S. Phillips,
　　　Deputy Clerk

Rev. 8/17/2017

cc:      Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

APPEAL,CONMAG,JD1,MJ CIV PP

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: <u>1:25–cv–01115–STV</u>

Ellis v. Wallace
Assigned to: Magistrate Judge Scott T. Varholak
Cause: 28:1332 Diversity–Libel,Assault,Slander

Date Filed: 04/09/2025
Jury Demand: Plaintiff
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**<u>Plaintiff</u>**

**Jo Ellis**

represented by **Margaret Haley Phelan**
Equality Legal Action Fund
PO Box 81465
Lincoln, IL 68501
618–680–0292
Email: meg.phelan@equalityactionfund.org
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Matthew S. Wallace**

represented by **Dan Ernst**
Ernst Legal Group, LLC
217 East 7th Street
Denver, CO 80203
720–798–3667
Email: dan@ernstlegalgroup.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2025 | 1 | COMPLAINT against Matthew S. Wallace (Filing fee $ 405,Receipt Number ACODC–10265297)Attorney Margaret Haley Phelan added to party Jo Ellis(pty:pla), filed by Jo Ellis. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Phelan, Margaret) (Entered: 04/09/2025) |
| 04/09/2025 | 2 | Case assigned to Magistrate Judge Scott T. Varholak. Text Only Entry. (sadhi, ) (Entered: 04/09/2025) |
| 04/09/2025 | 3 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (sadhi, ) (Entered: 04/09/2025) |
| 04/09/2025 | 4 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: Margaret Haley Phelan. **DO NOT REFILE THE DOCUMENT. Action to take** – counsel must submit a change of contact request through the Manage my Account tab at the PACER website at https://www.pacer.gov/, pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (sadhi, ) (Entered: 04/09/2025) |

| 04/09/2025 | 5 | ORDER Setting Deadline for Filing Election Concerning Consent/Non–Consent to Magistrate Jurisdiction Form and Setting Scheduling Conference by Magistrate Judge Scott T. Varholak on 4/9/2025. Consent Form due by 6/4/2025. Proposed Scheduling Order due 6/11/2025. Scheduling Conference set for **6/18/2025 11:15 AM** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. (schap, ) (Entered: 04/09/2025) |
| --- | --- | --- |
| 06/12/2025 | 6 | MINUTE ORDER This matter is before the Court upon review of the Docket. The Scheduling Conference set for 6/18/2025 at 11:15 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak is CONVERTED to a Status Conference at the same date and time, and the deadlines to file a consent form and to submit a joint proposed scheduling order are VACATED. SO ORDERED, by Magistrate Judge Scott T. Varholak on 6/12/2025. Text Only Entry (stvlc6, ) (Entered: 06/12/2025) |
| 06/12/2025 | 7 | Summons Returned Unexecuted by Jo Ellis as to Matthew S. Wallace. (Phelan, Margaret) (Entered: 06/12/2025) |
| 06/12/2025 | 8 | Summons Returned Unexecuted by Jo Ellis as to Matthew S. Wallace. (Phelan, Margaret) (Entered: 06/12/2025) |
| 06/12/2025 | 9 | First MOTION for Extension of Time to *hold the Status Conference* by Plaintiff Jo Ellis. (Phelan, Margaret) (Entered: 06/12/2025) |
| 06/13/2025 | 10 | ORDER granting 9 Motion for Extension of Time. For good cause shown, the Court VACATES the Status Conference set for 6/18/2025 and RESETS for 7/22/2025 at 10:45 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. SO ORDERED, by Magistrate Judge Scott T. Varholak on 6/13/2025. Text Only Entry(stvlc6, ) (Entered: 06/13/2025) |
| 06/17/2025 | 11 | SUMMONS Returned Executed by Jo Ellis. Matthew S. Wallace served on 6/13/2025, answer due 7/7/2025. (Phelan, Margaret) (Entered: 06/17/2025) |
| 06/24/2025 | 12 | NOTICE of Entry of Appearance *as Counsel for Defendant* by Dan Ernst on behalf of Matthew S. WallaceAttorney Dan Ernst added to party Matthew S. Wallace(pty:dft) (Ernst, Dan) (Entered: 06/24/2025) |
| 06/24/2025 | 13 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond *to Complaint* by Defendant Matthew S. Wallace. (Ernst, Dan) (Entered: 06/24/2025) |
| 06/24/2025 | 14 | ORDER granting 13 Unopposed Motion for Extension of Time to Answer or Otherwise Respond. The Court extends the deadline for Defendant Matthew S. Wallace to respond to Plaintiff's Complaint to 7/28/2025. SO ORDERED, by Magistrate Judge Scott T. Varholak on 6/24/2025. Text Only Entry(stvlc6, ) (Entered: 06/24/2025) |
| 07/22/2025 | 15 | MINUTE ENTRY for Status Conference held on 7/22/2025 before Magistrate Judge Scott T. Varholak. Magistrate Judge Consent Form due by 8/5/2025. A Status Conference is set for **September 24, 2025, at 9:30 a.m.** in Courtroom A402 before Magistrate Judge Scott T. Varholak. FTR: A402. (jtorr, ) (Entered: 07/22/2025) |
| 07/28/2025 | 16 | MOTION to Dismiss *Pursuant to CRS 13–20–1101 (antiSLAPP)* by Defendant Matthew S. Wallace. (Attachments: # 1 Exhibit Ex 1 to antiSLAPP motion, # 2 Exhibit Ex 2 to motion, # 3 Exhibit Ex 3 to motion, # 4 Exhibit Ex 4 to motion, # 5 Exhibit Ex 5 to motion, # 6 Affidavit Declaration of Defendant, # 7 Exhibit Ex A to Declaration, # 8 Exhibit Ex B to Decl., # 9 Exhibit Ex C to Decl., # 10 Exhibit Ex D to Decl., # 11 Exhibit Ex E to Decl., # 12 Exhibit Ex F to Decl., # 13 Exhibit Ex G to |

| | | Decl., # <u>14</u> Exhibit Ex H to Decl., # <u>15</u> Exhibit Ex L to Decl., # <u>16</u> Exhibit Ex M to Decl., # <u>17</u> Exhibit Ex N to Decl., # <u>18</u> Exhibit Ex O to Decl., # <u>19</u> Exhibit Ex R to Decl., # <u>20</u> Exhibit Ex S to Decl., # <u>21</u> Exhibit Ex T to Decl., # <u>22</u> Exhibit Ex W to Decl., # <u>23</u> Exhibit Ex X to Decl., # <u>24</u> Exhibit Ex Y to Decl.)(Ernst, Dan) (Entered: 07/28/2025) |
|---|---|---|
| 08/01/2025 | 17 | MINUTE ORDER This matter is before the Court on <u>16</u> Motion to Dismiss. The Court sets the following expedited briefing schedule: Response due 8/11/2025; Reply due 8/18/2025. The Court sets a Motion Hearing for 8/25/2025 at 09:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Consent form due 8/5/2025. SO ORDERED, by Magistrate Judge Scott T. Varholak on 8/1/2025. Text Only Entry (stvlc6, ) (Entered: 08/01/2025) |
| 08/04/2025 | <u>18</u> | CONSENT to Jurisdiction of Magistrate Judge by Plaintiff Jo Ellis All parties consent.. (Phelan, Margaret) (Entered: 08/04/2025) |
| 08/05/2025 | 19 | ORDER OF REFERENCE. Pursuant to the consent of the parties to the jurisdiction of the magistrate judge <u>18</u> , this case is referred to Chief Magistrate Judge Scott T. Varholak for all purposes pursuant to 28 U.S.C. § 636(c), by Chief Judge Philip A. Brimmer on 8/05/2025. Text Only Entry (pabsec, ) (Entered: 08/05/2025) |
| 08/08/2025 | <u>20</u> | First MOTION for Extension of Time to File Response/Reply as to <u>16</u> MOTION to Dismiss *Pursuant to CRS 13−20−1101 (antiSLAPP)* by Plaintiff Jo Ellis. (Phelan, Margaret) (Entered: 08/08/2025) |
| 08/11/2025 | 21 | ORDER granting <u>20</u> Motion for Extension of Time to File Response/Reply. The Court extends the briefing scheduling by one week: Response due 8/18/2025; Reply due 8/25/2025. **The Motion Hearing set for 8/25/2025 is VACATED and RESET for 9/2/2025 at 09:00 AM** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. SO ORDERED, by Magistrate Judge Scott T. Varholak on 8/11/2025. Text Only Entry(stvlc6, ) (Entered: 08/11/2025) |
| 08/18/2025 | <u>22</u> | RESPONSE to <u>16</u> MOTION to Dismiss *Pursuant to CRS 13−20−1101 (antiSLAPP)* filed by Plaintiff Jo Ellis. (Attachments: # <u>1</u> Affidavit Plaintiff's Exhibit 1, # <u>2</u> Exhibit Plaintiff's Exhibit 2, # <u>3</u> Exhibit Plaintiff's Exhibit 3, # <u>4</u> Exhibit Plaintiff's Exhibit 4, # <u>5</u> Exhibit Plaintiff's Exhibit 5, # <u>6</u> Exhibit Plaintiff's Exhibit 6, # <u>7</u> Exhibit Plaintiff's Exhibit 7, # <u>8</u> Exhibit Plaintiff's Exhibit 8, # <u>9</u> Exhibit Plaintiff's Exhibit 9, # <u>10</u> Exhibit Plaintiff's Exhibit 10, # <u>11</u> Exhibit Plaintiff's Exhibit 11, # <u>12</u> Exhibit Plaintiff's Exhibit 12, # <u>13</u> Exhibit Plaintiff's Exhibit 13, # <u>14</u> Exhibit Plaintiff's Exhibit 14, # <u>15</u> Exhibit Plaintiff's Exhibit 15)(Phelan, Margaret) (Entered: 08/18/2025) |
| 08/21/2025 | <u>23</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>16</u> MOTION to Dismiss *Pursuant to CRS 13−20−1101 (antiSLAPP)* by Defendant Matthew S. Wallace. (Ernst, Dan) (Entered: 08/21/2025) |
| 08/21/2025 | 24 | ORDER granting <u>23</u> Unopposed Motion for Extension of Time to File. The Court extends the deadline for Defendant to file a Reply in support of his <u>16</u> Motion to Dismiss to 9/1/2025. SO ORDERED, by Magistrate Judge Scott T. Varholak on 8/21/2025. Text Only Entry(stvlc6, ) (Entered: 08/21/2025) |
| 08/26/2025 | <u>25</u> | First MOTION to Continue *Defendant's Special Motion to Dismiss Hearing* by Plaintiff Jo Ellis. (Phelan, Margaret) (Entered: 08/26/2025) |
| 08/26/2025 | 26 | |

| | | |
|---|---|---|
| | | ORDER granting 25 Unopposed Motion to Continue. The Court VACATES the Motion Hearing set for 9/2/2025 and RESETS for 9/24/2025 at 02:30 PM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. If the parties are not available at this new time, they are directed to jointly contact chambers at 303−335−2365 to identify an appropriate time. SO ORDERED, by Magistrate Judge Scott T. Varholak on 8/26/2025. Text Only Entry(stvlc6, ) (Entered: 08/26/2025) |
| 08/26/2025 | 27 | MINUTE ORDER This matter is before the Court upon communication with the parties. The Court VACATES the Motion Hearing set for 9/24/2025 and **RESETS for 9/17/2025 at 03:00 PM** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Telephonic appearances will be permitted. All parties that wish to participate in the Hearing by telephone may do so by calling 571−353−2301 at the scheduled time and utilizing Meeting ID: 252821415#. The participants may hear the conclusion of a prior hearing at the time they call in and are instructed to simply wait until their case is called. SO ORDERED, by Magistrate Judge Scott T. Varholak on 8/26/2025. Text Only Entry (stvlc6, ) (Entered: 08/26/2025) |
| 09/01/2025 | 28 | REPLY to Response to 16 MOTION to Dismiss *Pursuant to CRS 13−20−1101 (antiSLAPP)* filed by Defendant Matthew S. Wallace. (Attachments: # 1 Affidavit Ex AA − Declaration of Defendant ISO Reply, # 2 Exhibit Ex RD−1 − NBC news X−post)(Ernst, Dan) (Entered: 09/01/2025) |
| 09/15/2025 | 29 | AFFIDAVIT re 28 Reply to Response to Motion, *Supplemental Declaration* by Defendant Matthew S. Wallace. (Ernst, Dan) (Entered: 09/15/2025) |
| 09/17/2025 | 30 | MINUTE ENTRY for Motion Hearing held before Magistrate Judge Scott T. Varholak on 9/17/2025. Defendant's 16 Motion to Dismiss is DENIED. Status Conference set for **11/6/2025 10:30 AM** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. FTR: A402. (schap, ) (Entered: 09/17/2025) |
| 09/29/2025 | 31 | TRANSCRIPT of MOTION HEARING held on 09/17/2025 before Magistrate Judge Varholak. Pages: 1−54. Prepared by: AB LITIGATION SERVICES (cboone@ablitservices.com or bpritchard@ablitservices.com). <span style="color:red">**NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**</span> Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 09/29/2025) |
| 10/13/2025 | 32 | Unopposed MOTION for Extension of Time to *File Motion for Reconsideration* by Defendant Matthew S. Wallace. (Ernst, Dan) (Entered: 10/13/2025) |
| 10/14/2025 | 33 | ORDER granting 32 Unopposed Motion for Extension of Time to File. The Court extends the deadline to file a motion for reconsideration up to and including October 23, 2025. SO ORDERED, by Magistrate Judge Scott T. Varholak on 10/14/2025. Text Only Entry(stvlc6, ) (Entered: 10/14/2025) |
| 10/14/2025 | 34 | NOTICE OF APPEAL as to 30 Order on Motion to Dismiss,, Motion Hearing,, Set/Reset Deadlines/Hearings, by Defendant Matthew S. Wallace (Filing fee $ 605, Receipt Number ACODC−10609360) (Ernst, Dan) (Entered: 10/14/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 25-cv-01115-STV                  Date:   September 17, 2025
Courtroom Deputy: Sonia Chaplin                FTR – Reporter Deck-Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| JO ELLIS, | Margaret Haley Phelan (by phone) |
| Plaintiff, | |
| v. | |
| MATTHEW S. WALLACE, | Dan Ernst |
| Defendant. | |

---

### COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**
**Court in session:     3:02 p.m.**
Court calls case.  Appearances of counsel and Defendant Matthew Wallace.

This matter is before the Court regarding Defendant's Motion to Dismiss [ECF Doc. No 16, filed on 7/28/2025].

Arguments by counsel.

**Court in recess:      3:58 p.m.**
**Court in session:     4:40 p.m.**

For the reasons stated on the record, it is:

**ORDERED:**          Defendant's Motion to Dismiss [ECF Doc. No 16] is **DENIED**.

A Status Conference is set for **November 6, 2025 at 10:30 a.m.** in Courtroom A 402 before Magistrate Judge Scott T. Varholak.

HEARING CONCLUDED.

**Court in recess:      4:58 p.m.**
Total time in court:   01:14

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 25-cv-01115-STV

**JO ELLIS**, an individual,

     Plaintiff,

v.

**MATTHEW S. WALLACE**, an individual,

     Defendants.

---

## DEFENDANT WALLACE'S NOTICE OF INTERLOCUTORY APPEAL

---

Defendant Matthew S. Wallace by and through his attorney Dan Ernst with Ernst Legal Group, LLC appeals to the United States Court of Appeals for the Tenth Circuit from the Minute Entry for Motion Hearing (DKT. 30) denying Defendant's anti-SLAPP Special Motion to Dismiss pursuant to C.R.S. 13-20-1101 (DKT.16) entered on September 17, 2025.

This Notice of Appeal is filed timely pursuant to Federal Rules of Appellate Procedure 4(a)(1)(A), as a safe harbor to preserve Defendant Wallace's right to interlocutory appeal pursuant to Colorado Revised Statutes § 13-20-1101(7); however Defendant also hereby provides Notice that Federal Rules of Appellate Procedure 4(a)(4)(A)(iv) applies because Defendant intends to file in the district court a motion for reconsideration of the Order entered September 17, 2025, pursuant to F.R.C.P. Rule 59.

RESPECTFULLY SUBMITTED this 14th day of October, 2025.

               By: __*/s/Dan Ernst*_____

Dan Ernst, Esq. #53438
ERNST LEGAL GROUP, LLC
217 E. 7th Ave.
Denver, CO 80203
dan@ernstlegalgroup.com
*Attorney for Defendant Wallace*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, a true and correct copy of the foregoing NOTICE OF APPEAL was filed with the Court and served to Plaintiff via CM/ECF, the federal Court's E-filing System, by delivering a copy to the following:

> *Attorney for Plaintiff*
> Meg Phelan, SC Bar No. 78209
> EQUALITY LEGAL ACTION FUND
> P.O. Box 81465
> Lincoln, Nebraska 68501
> (618) 680-0292
> meg.phelan@equalityactionfund.org

By: __*/s/Dan Ernst*_____
Dan Ernst
ERNST LEGAL GROUP, LLC
*Attorney for Defendant Wallace*