# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

**JO ELLIS**,

    Plaintiff - Appellee,

v.

**MATTHEW S. WALLACE**,

    Defendant - Appellant.

No. 25-1402
(D.C. No. 1:25-CV-01115-STV)
(D. Colo.)

_____

## **<u>UNOPPOSED</u> MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM BRIEF**
_____

Counsel for Defendant-Appellant MATTHEW S. WALLACE, hereby certifies that he has conferred with counsel for Plaintiff-Appellee JO ELLIS, and counsel for Appellee JO ELLIS represented that this motion is **unopposed**; that is the relief requesting the Court extend the time to file a Memorandum regarding appellate jurisdiction in the above-captioned appeal be extended until and including one week after the Settlement Conference currently set for January 23, 2026, is **unopposed**, Based on the following, Defendant-Appellant respectfully requests this motion be granted:

1

1. This Court may, for good cause shown, extend the time to file a brief it has ordered be filed by a certain date. F.R.A.P. 26(b).

2. This Court has ordered that Defendant-Appellant file a Memorandum Brief addressing why this appeal should bot be dismissed for lack of appellate jurisdiction on or before December 1, 2025.

3. This is the second request for an enlargement of time to file such a memorandum brief.

4. The herein requested enlargement of time is made before the expiration of the date originally ordered to file said brief.

5. Good cause for the requested extension exists in that the parties have agreed to conduct a mediation (that is, participate in a Settlement Conference presided over by Magistrate Judge Gurley) on January 23, 2026, and should the parties find resolution of this matter, the briefing on jurisdiction would be moot and this matter voluntarily dismissed.

6. In addition the requested extension will allow Appellant's counsel, who is a solo practitioner, the time necessary to research and prepare a Memorandum Brief that fully and properly presents the issues before the Court; Appellant's counsel is engaged in several other litigations and matters such that the requested extension will allow counsel to complete the research

and drafting necessary to provide this Court a full and proper Memorandum Brief on the jurisdictional issue presented.

7. Counsel has worked on the Memorandum Brief in this matter as diligently as possible but, given time constraints, counsel requires the requested extension to complete the Brief and obtain client approval.

8. In addition, the Motion for Reconsideration in the trial Court regarding the order being appealed to this court of appeal has been postponed until after the Settlement Conference and should the trial court rule in Defendant's favor the appeal will be rendered moot and voluntarily dismissed.

7. The requested extension is not intended to, nor will it, prejudice any party to this case, nor will it duplicate or waste judicial resources.

WHEREFORE, Defendant-Appellant respectfully requests this motion be granted and that the Court Order that Plaintiff's time for filing the Memorandum Brief shall be enlarged until, and including **January 30, 2026**.

DATED: December 1, 2025;                    Respectfully submitted,

By: _/s Dan Ernst_____
Dan Ernst, Esq. Colo Bar No. 53438
*Attorney for Defendant-Appellant Matthew Wallace*

## CERTIFICATE OF SERVICE

    The undersigned certifies that on <u>December 1, 2025</u>, a copy of the foregoing was served on all required parties by email to counsel of record for Plaintiff/Appellee by its being submitted through the PACER electronic filing system for the 10th Circuit Court of Appeals:

    ***Counsel for Plaintiff-Appellee***
    *Attorneys for Plaintiff*
    Meg Phelan, SC Bar No. 78209
    EQUALITY LEGAL ACTION FUND
    P.O. Box 81465
    Lincoln, Nebraska 68501
    (618) 680-0292
    meg.phelan@equalityactionfund.org

                                        By    */s/ Dan Ernst*
                                               ERNST LEGAL GROUP, LLC